JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-5610 RBL |
| Plaintiff, | ) | |
| v. | ) | ORDER MODIFYING CONDITIONS |
| | ) | OF SUPERVISED RELEASE |
| JUAN CARLOS CUEVAS-CHAVEZ, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the unopposed motion of the defendant to modify his conditions of supervised release to eliminate the Electronic Monitoring condition. The Court has considered the motion and records in this case and finds there are compelling reasons to modify Mr. Cuevas-Chavez' supervised release conditions as requested. The Government does not object to this proposed modification.

IT IS HEREBY ORDERED that Mr. Cuevas-Chavez' supervised release conditions be modified and the electronic monitoring condition be removed.

DATED this 26th day of September, 2016.

Ronald B. Leighton
United States District Judge

Presented by:
s/ *Miriam Schwartz*
Assistant Federal Public Defender
Attorney for Juan Carlos Cuevas-Chavez

ORDER MODIFYING CONDITIONS OF RELEASE
(*U.S. v. Cuevas-Chavez*; CR 07-5610 RBL) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710